

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00037-CV

| | | |
|---|---|---|
| Samuel Ferreira and Luciene de Castro | § | From 342nd District Court |
| | § | of Tarrant County (342-271750-14) |
| v. | | |
| | § | April 14, 2016 |
| First Preference Mortgage, Corp., CitiMortgage, Inc., & Mortgage Electronic Registration Systems, Inc. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM